BRUCE G. FAGEL (Cal. Bar No. 103674)
EDUARDO J. ASCENCIO (Cal. Bar No. 182061)
A Member of the Firm of the Law Offices
of Bruce G. Fagel & Associates
   100 North Crescent Drive, Suite 360
   Beverly Hills, California 90210
   Telephone: (310) 281-8700
   Fax: (310) 281-5656
   E-mail: brucefagel@fagellaw.com

*Attorneys for Plaintiff Jalena M. Garcia*

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GARRETT COYLE[1]
Assistant United States Attorney
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-6167
   Facsimile: (213) 894-7819
   E-mail: garrett.coyle@usdoj.gov

*Attorneys for Defendant United States of America*

E-FILED 5/7/15

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **Jalena M. Garcia**, <br><br>            Plaintiff, <br><br>    – v. – <br><br> **United States of America**, <br><br>            Defendant. | No. 14-cv-5055 PSG (JPRx) <br><br> Hon. Philip S. Gutierrez <br><br> [~~Proposed~~] **Order Dismissing Action With Prejudice** |

---

[1] Admitted to practice under Local Rule 83-2.1.4.1. *See* Order, *In re Garrett Coyle*, C.D. Cal. No. 14-mc-527 (Jul. 23, 2014).

The parties having filed a stipulation for compromise settlement and dismissal,

It is hereby ordered:

1. The plaintiff's action is dismissed with prejudice in its entirety;
2. Each party shall bear its own costs of suit and fees; and
3. The Court retains jurisdiction pending payment of the settlement.

Dated: May 7, 2015

**PHILIP S. GUTIERREZ**
**Hon. Philip S. Gutierrez**
United States District Judge

Presented by:

LAW OFFICES OF BRUCE G. FAGEL AND ASSOCIATES

 /s/ Eduardo J. Ascencio
BRUCE G. FAGEL
EDUARDO J. ASCENCIO

*Attorneys for Plaintiff*

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ Garrett Coyle
GARRETT COYLE
Assistant United States Attorney

*Attorneys for Defendant*

1